# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AURORA HEALTH CARE, INC.**
**and ERMED, S.C.,**

      **Plaintiff,**

                  **Case No. 03-C-612**

  **-vs-**

**CODONIX, INC.,**

      **Defendant.**

## ORDER FOR DISMISSAL

  Based upon the stipulation of the parties, IT IS HEREBY ORDERED THAT all claims and counterclaims in this action are dismissed with prejudice and without costs to any party.

  Dated at Milwaukee, Wisconsin, this 15th day of September, 2006.

              **SO ORDERED,**

              **s/ Rudolph T. Randa**
              **HON. RUDOLPH T. RANDA**
              **Chief Judge**